Form defdso13

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Anthony Dames
1514 S. Concord Ave
Westchester, IL 60154
SSN: xxx–xx–1636  EIN: N.A.

Case No. : 16–23840
Chapter : 13
Judge : Jack B. Schmetterer

Grace Dames
1454 S. Concord Ave.
Westchester, IL 60154
SSN: xxx–xx–3552  EIN: N.A.

---

## NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES OF REQUIRED DOCUMENT FOR DISCHARGE

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312–408–5000.

FOR THE COURT

Dated: January 15, 2020

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Anthony Dames  
Grace Dames  
    Debtors

Case No. 16-23840-JBS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: cward1     Page 1 of 1     Date Rcvd: Jan 15, 2020  
                     Form ID: defdso13    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.  
db       +Anthony Dames,  1514 S. Concord Ave,  Westchester, IL 60154-3536  
jdb      #+Grace Dames,  1454 S. Concord Ave.,  Westchester, IL 60154-3534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:

        Cari A Kauffman     on behalf of Creditor     ACAR Leasing LTD d/b/a GM Financial Leasing ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com  
        Joel P Fonferko     on behalf of Creditor     OCWEN LOAN SERVICING, LLC ND-One@il.cslegal.com  
        Joseph S Davidson     on behalf of Debtor 1 Anthony  Dames jdavidson@sulaimanlaw.com, courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com  
        Joseph S Davidson     on behalf of Debtor 2 Grace  Dames jdavidson@sulaimanlaw.com, courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com  
        Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov  
        Peter C Bastianen     on behalf of Creditor     Ocwen Loan Servicing, LLC as servicer for U.S. BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC4 ND-Four@il.cslegal.com  
        Tom Vaughn     ecf@tvch13.net, ecfchi@gmail.com

                                                                                                                                                    TOTAL: 7