| **Information to identify the case:** | |
|---|---|
| Debtor 1   **Anthony Dames** | Social Security number or ITIN   **xxx–xx–1636** |
| First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2   **Grace Dames** (Spouse, if filing) | Social Security number or ITIN   **xxx–xx–3552** |
| First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | |
| Case number:   **16–23840** | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Anthony Dames                                    Grace Dames

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

February 3, 2020                         **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                              United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 16-23840-JBS
Anthony Dames                                                             Chapter 13
Grace Dames
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cward1              Page 1 of 2           Date Rcvd: Feb 03, 2020
                              Form ID: 3180W            Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2020.
```
db            +Anthony Dames,    1514 S. Concord Ave,    Westchester, IL 60154-3536
jdb          #+Grace Dames,    1454 S. Concord Ave.,    Westchester, IL 60154-3534
24774102      +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
28256352       AMITA Health,    Bankruptcy Dept.,    2601 Navistar Dr.,    Bldg3, 2nd Floor,    Lisle, IL 60532
24811073      +Amita Health Adventist Medical Center,    Pob 9246,    Oak Brook IL 60522-9246
24742322      +EdFinancial Services, Llc,    298 N. Seven Oaks Dr.,    Knoxville, TN 37922-2369
24822958      +Edfinancial on behalf of US Dept of Education,    120 N Seven Oaks Drive,
                Knoxville, TN 37922-2359
24742323      +Equifax Information Services, LLC,    1550 Peachtree St. NW,    Atlanta, GA 30309-2468
24742324      +Equifax Information Services, LLC,    Po Box 740241,    Atlanta, GA 30374-0241
24742326      +Experian Information Solutions, Inc.,    Po Box 4500,    Allen, TX 75013-1311
24742325      +Experian Information Solutions, Inc.,    475 Anton Blvd.,    Costa Mesa, CA 92626-7037
24742327      +ICS/Illinois Collection Service,    Po Box 1010,    Tinley Park, IL 60477-9110
24742331      +Merchant Credit Guide,    223 W. Jackson Blvd.,    Suite 4,    Chicago, IL 60606-6908
24742332      +Merchants Credit Guide,    223 W. Jackson Blvd.,    Suite 700,    Chicago, IL 60606-6914
24754646      +OCWEN LOAN SERVICING, LLC,    C/O Codilis & Associates, P.C.,    15W030 North Frontage Rd.,
                Suite 100,    Burr Ridge, IL 60527-6921
24742340       TransUnion LLC,    Po Box 2000,    Chester, PA 19016-2000
25129937       U.S. Bank National Association,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                P.O. BOX 24605,    West Palm Beach, FL 33416-4605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +E-mail/Text: bncnotice@tomvaughntrustee.com Feb 04 2020 03:38:28      Tom Vaughn,
                55 E. Monroe Street, Suite 3850,    Chicago, IL 60603-5764
24742310      +EDI: PHINAMERI.COM Feb 04 2020 07:38:00      AmeriCredit/GM Financial,    Po Box 183583,
                Arlington, TX 76096-3583
24742311      +EDI: TSYS2.COM Feb 04 2020 07:38:00      Barclays Bank Delaware,    Po Box 8801,
                Wilmington, DE 19899-8801
24742312      +EDI: TSYS2.COM Feb 04 2020 07:38:00      Barclays Bank Delaware,    Po Box 8803,
                Wilmington, DE 19899-8803
24742315       EDI: CAPITALONE.COM Feb 04 2020 07:38:00      Capital One Bank Usa N,    15000 Capital One Dr.,
                Henrico, VA 23238
24742313      +EDI: CAPITALONE.COM Feb 04 2020 07:38:00      Cap One Na,    Po Box 30281,
                Salt Lake City, UT 84130-0281
24742314      +EDI: CAPITALONE.COM Feb 04 2020 07:38:00      Capital One,    Po Box 30285,
                Salt Lake City, UT 84130-0285
24884939       EDI: CAPITALONE.COM Feb 04 2020 07:38:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
24742316      +EDI: CAPITALONE.COM Feb 04 2020 07:38:00      Capital One Na,    Attn: General Correspondence,
                Po Box 30285,    Salt Lake City, UT 84130-0285
24884938       EDI: CAPITALONE.COM Feb 04 2020 07:38:00      Capital One, N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
24742317      +EDI: CHASE.COM Feb 04 2020 07:38:00      Chase Card,    Attn: Correspondence Dept.,
                Po Box 15298,    Wilmington, DE 19850-5298
24742318      +EDI: CHASE.COM Feb 04 2020 07:38:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
24742319      +EDI: CITICORP.COM Feb 04 2020 07:38:00      Citi Corp Credit Services,
                Citicorp Cred Srvs/Centralized Bankrupt,    Po Box 790040,    St Louis, MO 63179-0040
24742320       E-mail/PDF: creditonebknotifications@resurgent.com Feb 04 2020 03:31:28     Credit One Bank Na,
                Po Box 98873,    Las Vegas, NV 89193-8873
24742321       E-mail/PDF: creditonebknotifications@resurgent.com Feb 04 2020 03:31:30     Credit One Bank Na,
                Po Box 98875,    Las Vegas, NV 89193-8875
24742329       E-mail/Text: rev.bankruptcy@illinois.gov Feb 04 2020 03:36:54
                Illinois Department of Revenue,    Bankruptcy Section,    Po Box 64338,    Chicago, IL 60664-0338
24742330       EDI: IRS.COM Feb 04 2020 07:38:00      Internal Revenue Service,
                Centralized Insolvency Operation,    Po Box 21126,    Philadelphia, PA 19114-0326
24941425       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 04 2020 03:33:48
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
24980013      +EDI: MID8.COM Feb 04 2020 07:38:00      Midland Funding LLC,    PO Box 2011,
                Warren MI 48090-2011
24742333       E-mail/Text: usbknotice@ncc.us Feb 04 2020 03:35:25      Nationwide Credit & Co.,
                815 Commerce Dr.,    Suite 270,    Oak Brook, IL 60523
24742335      +E-mail/Text: usbknotice@ncc.us Feb 04 2020 03:35:25      Nationwide Credit & Coll,
                815 Commerce Dr.,    Suite 270,    Oak Brook, IL 60523-8852
24742334      +E-mail/Text: usbknotice@ncc.us Feb 04 2020 03:35:25      Nationwide Credit & Coll,
                Attn: Collections/Bankruptcy,    815 Commerce Dr., Suite 270,    Oak Brook, IL 60523-8852
24742337      +Fax: 407-737-5634 Feb 04 2020 03:56:51      Ocwen Loan Sevicing Llc,    Attn: Research Dept.,
                1661 Worthington Rd   Ste 100,    West Palm Beach, FL 33409-6493
25099550       EDI: PRA.COM Feb 04 2020 07:38:00      Portfolio Recovery Associates, LLC,
                Successor to BARCLAYS BANK DELAWARE,    (JUNIPER),    POB 41067,    Norfolk, VA 23541
24742338      +EDI: RMSC.COM Feb 04 2020 07:38:00      Synchrony Bank/PayPal Cr,    Po Box 965064,
                Orlando, FL 32896-5064
```

```
District/off: 0752-1           User: cward1               Page 2 of 2             Date Rcvd: Feb 03, 2020
                               Form ID: 3180W             Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
24742339       +EDI: RMSC.COM Feb 04 2020 07:38:00    Synchrony Bank/Sams,   Po Box 965064,
                 Orlando, FL 32896-5064
                                                                                          TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24742328         Illinois Collection Se,   8231 185th St.,   Suite 100,   IL 60489
24742336*      +Nationwide Credit & Coll.,   Attn: Collections/Bankruptcy,   815 Commerce Dr., Suite 270,
                 Oak Brook, IL 60523-8852
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2020 at the address(es) listed below:
```
          Cari A Kauffman    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
           ckauffman@sormanfrankel.com,   dfrankel@sormanfrankel.com
          Joel P Fonferko    on behalf of Creditor    OCWEN LOAN SERVICING, LLC ND-One@il.cslegal.com
          Joseph S Davidson    on behalf of Debtor 1 Anthony   Dames jdavidson@sulaimanlaw.com,
           courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
           mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
          Joseph S Davidson    on behalf of Debtor 2 Grace   Dames jdavidson@sulaimanlaw.com,
           courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
           mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter C Bastianen    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for U.S. BANK
           NATIONAL ASSOCIATION, as Trustee for Structured Asset Securities Corporation Mortgage
           Pass-Through Certificates, Series 2007-BC4 ND-Four@il.cslegal.com
          Tom  Vaughn    ecf@tvch13.net,   ecfchi@gmail.com
                                                                                             TOTAL: 7
```